**UNITED STATES COURT OF INTERNATIONAL TRADE**

- - - - - - - - - - - - - - - - - - - - - - - - -- - - - - - - - -X
:
:
:
:
*In Re* Section 301 Cases         :
:     **Court No.: 21-cv-00052-3JP**
:
:
ALL CASES                         :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**NOTICE OF APPEARANCE**

 **PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorneys for Plaintiffs in this action and requests that all papers be served on him. The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Patrick D. Gill.

            /s/ Patrick D. Gill
            Patrick D. Gill

          **SANDLER, TRAVIS & ROSENBERG, P.A.**
          675 Third Avenue, Suite 1805-06
          New York, New York 10017
          Telephone: (212) 549-0156
          Email: pgill@strtrade.com

Dated: February 10, 2021