FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**     **FORM 11**

In re Section 301 Cases

Court No.:     21-0052-3J

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff, Affordable Building Products LLC, et al _____, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is David Craven _____.

Date: February 10, 2021

David J. Craven
Attorney

Craven Trade Law LLC
Firm

3744 N Ashland
Street Address

Chicago, IL 60613
City, State and Zip Code

773/709-8506
Telephone Number

david.craven@tradelaw.com
E-mail Address

FORM 11-2

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 21-0052-3JP | In Re Section 301 Litigation | Affordable Building Products LLC, et al. |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015.)