FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**     FORM 11

| | |
|---|---|
| In Re Section 301 Cases<br><br>                      Plaintiff,<br>   v.<br>United States, et al.<br>                      Defendant. | Court No.:   21-052 |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff, __Section 301 Cases__, in this action

☒ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Paulsen K. Vandevert.

Date: 02/10/2021

Paulsen K. Vandevert
Attorney

Vandevert Trade Law PLC
Firm

401 Tannahill St.
Street Address

Dearborn, MI 48124
City, State and Zip Code

313-737-3675
Telephone Number

paul@vandeverttradelaw.com
E-mail Address

FORM 11-2

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 21-052 | In Re Section 301 Cases | Plaintiffs |
| 20-1148 | GHSP, Inc. v US | Plaintiff |
| 20-3152 | Brose NA et al v US | Plaintiffs |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015.)