UNITED STATES COURT OF INTERNATIONAL TRADE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                         :
                                         :
                                         :
                                         :
In Re Section 301 Cases                  :
                                         : Court No.: 21-cv-00052-3JP
                                         :
                                         :
                                         :
ALL CASES                                :
                                         :
                                         :
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorneys for Plaintiffs in the attached list of actions inasmuch as they form part of the Section 301 Cases, as that term is defined in the Court's Standard Procedure Order 21-01 dated February 10, 2021, and requests that all papers for all Section 301 Cases be served on him. The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Michael Roll.

/s/ Michael E. Roll
Michael E. Roll
Brett I. Harris
Roll & Harris LLP
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Tel: (310) 294-9501
Email: sec301@thetradelawfirm.com

Dated: February 10, 2021


# NOTICE OF APPEARANCE – CASE LIST

| | |
|---|---|
| 1:20-cv-00669-N/A | A.J. & W. Incorporated v. United States et al |
| 1:20-cv-00689-N/A | Ascendance Apparels, LLC v. United States et al |
| 1:20-cv-00699-N/A | Atomos GmbH v. United States et al |
| 1:20-cv-00712-N/A | HSKAH Inc. v. United States et al |
| 1:20-cv-00727-N/A | ALT Group Babymoov Corporation v. United States et al |
| 1:20-cv-00843-N/A | Concept2, Inc. v. United States et al |
| 1:20-cv-00867-N/A | Ellison Educational Equipment, Inc. v. United States et al |
| 1:20-cv-00952-N/A | Harvard Sports, Inc. et al v. United States et al |
| 1:20-cv-00977-N/A | FOREO Inc. v. United States et al |
| 1:20-cv-01002-N/A | Global Consolidated Trading, Inc. v. United States et al |
| 1:20-cv-01034-N/A | Chanel, Inc. v. United States et al |
| 1:20-cv-01047-N/A | Ilio Products LLC v. United States et al |
| 1:20-cv-01068-N/A | Impac Corporation v. United States et al |
| 1:20-cv-01114-N/A | International Sales Group, Inc. v. United States et al |
| 1:20-cv-01132-N/A | Inventus Power, Inc. v. United States et al |
| 1:20-cv-01155-N/A | Littelfuse, Inc. et al v. United States et al |
| 1:20-cv-01173-N/A | Marchon Eyewear, Inc. et al v. United States et al |
| 1:20-cv-01189-N/A | Meijer Distribution, Inc. v. United States et al |
| 1:20-cv-01207-N/A | Merchants of Golf, Inc. v. United States et al |
| 1:20-cv-01232-N/A | Poundex Associates Corp. v. United States et al |
| 1:20-cv-01253-N/A | RAB Lighting Inc. v. United States et al |
| 1:20-cv-01285-N/A | RGGD, Inc. v. United States et al |
| 1:20-cv-01304-N/A | Slurp LLC v. United States et al |
| 1:20-cv-01330-N/A | Stone Source LLC v. United States et al |
| 1:20-cv-01357-N/A | Sungrow USA Corporation v. United States et al |
| 1:20-cv-01389-N/A | Unique Industries, Inc. v. United States et al |
| 1:20-cv-01411-N/A | Viking Products, Inc. v. United States et al |
| 1:20-cv-01441-N/A | Wanxiang Automotive Components, LLC et al v. United States et al |
| 1:20-cv-01462-N/A | Wesko Locks Ltd v. United States et al |
| 1:20-cv-01508-N/A | Wing's International Supply, LLC v. United States et al |
| 1:20-cv-01520-N/A | Zebra Pen Corporation v. United States et al |
| 1:20-cv-01542-N/A | Smiths Medical ASD, Inc. et al v. United States et al |
| 1:20-cv-01560-N/A | Aetrex Worldwide, Inc. v. United States et al |
| 1:20-cv-01582-N/A | City Mill Co Ltd v. United States et al |
| 1:20-cv-01605-N/A | Bio-Rad Laboratories, Inc. v. United States et al |
| 1:20-cv-01652-N/A | Acorn Engineering Company et al v. United States et al |

| | |
|---|---|
| 1:20-cv-01667-N/A | Tawa Services, Inc. et al v. United States et al |
| 1:20-cv-01708-N/A | FBC (Fortune Business Company) LLC v. United States et al |
| 1:20-cv-01726-N/A | Specialty Import LLC v. United States et al |
| 1:20-cv-02782-N/A | FBC (Fortune Business Company) LLC v. United States et al |
| 1:20-cv-02787-N/A | NM Packaging Etc., Inc. v. UNITED STATES OF AMERICA et al |
| 1:20-cv-02791-N/A | Japonesque, LLC v. UNITED STATES OF AMERICA et al |
| 1:20-cv-03334-N/A | Lip Hing Metal Manufacturing (America), Inc. et al v. United States et al |
| 1:20-cv-03354-N/A | Kalu Glass Company, Inc. v. UNITED STATES OF AMERICA et al |
| 1:20-cv-03363-N/A | MakeUp Eraser Group LLC v. UNITED STATES OF AMERICA et al |
| 1:20-cv-03370-N/A | Certoplast North America, Inc. v. UNITED STATES OF AMERICA et al |
| 1:20-cv-03379-N/A | nVent Thermal LLC v. UNITED STATES OF AMERICA et al |
| 1:20-cv-03393-N/A | Hoffman Enclosures, Inc. v. UNITED STATES OF AMERICA et al |
| 1:20-cv-03399-N/A | ERICO International Corporation v. UNITED STATES OF AMERICA et al |
| 1:20-cv-03410-N/A | GloryBee Natural Sweeteners, Inc. dba GloryBee, Inc. v. UNITED STATES OF AMERICA et al |
| 1:20-cv-03421-N/A | Jade Food Products, Inc. v. UNITED STATES OF AMERICA et al |
| 1:20-cv-03440-N/A | American International Industries, A California General Partnership v. UNITED STATES OF AMERICA et al |
| 1:20-cv-03447-N/A | Hele Fitness LLC v. UNITED STATES OF AMERICA et al |
| 1:20-cv-03452-N/A | LELO Inc. v. UNITED STATES OF AMERICA et al |
| 1:20-cv-03455-N/A | Pets Pacifica Inc. v. UNITED STATES OF AMERICA et al |
| 1:20-cv-03469-N/A | Baba Trading, Inc. v. UNITED STATES OF AMERICA et al |
| 1:20-cv-03499-N/A | Huffy Corporation v. UNITED STATES OF AMERICA et al |
| 1:20-cv-03508-N/A | ADTRAN, Inc. et al v. UNITED STATES OF AMERICA et al |
| 1:20-cv-03549-N/A | JMJS, Inc. v. United States et al |
| 1:20-cv-03550-N/A | Anchor Flange Company v. United States et al |
| 1:20-cv-03551-N/A | Law Tieng's Farm LLC v. United States et al |
| 1:20-cv-03559-N/A | Tutco LLC et al v. UNITED STATES OF AMERICA et al |
| 1:20-cv-03561-N/A | John Crane, Inc. v. UNITED STATES OF AMERICA et al |
| 1:20-cv-03562-N/A | Integrated Packaging, LLC v. UNITED STATES OF AMERICA et al |
| 1:20-cv-03568-N/A | International Design Group LLC v. UNITED STATES OF AMERICA et al |