FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**    FORM 11

*In Re* Section 301 Cases

Court No.: 1:21-cv-00052-3JP

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as __Counsel__ for __iwis drive systems, LLC__, __Plaintiff__, in this action

☒ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is __Andrew M. McNeil__.

Date: __February 10, 2021__

__Andrew M. McNeil__
Attorney

__Bose McKinney & Evans, LLP__
Firm

__111 Monument Circle, Suite 2700__
Street Address

__Indianapolis, IN 46204__
City, State and Zip Code

__317-684-5000__
Telephone Number

__amcneil@boselaw.com__
E-mail Address

378

FORM 11-2

## Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 1:20-cv-01171 | iwis drive systems, LLC<br>v.<br>United States of America; Office of the United States Trade Representative; Robert E. Lighthizer, U.S. Trade Representative; U.S. Customs & Border Protection; Mark A. Mortan, U.S. Customs & Border Protection Acting Commissioner | iwis drive systems, LLC |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015.)