Form 11-1

## UNITED STATES COURT OF INTERNATIONAL TRADE    FORM 11

*IN RE* SECTION 301 CASES

Court No.: 21-00052-3JP

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the following appear as counsel for plaintiffs in the above-captioned case: Robert B. Silverman; Erik D. Smithweiss; Ned H. Marshak; Joseph M. Spraragen; and Andrew T. Schutz and request that all papers be served upon them. The individual attorney, in the undersigned firm, who is primarily responsible for the litigation is Joseph M. Spraragen.

Dated:    February 10, 2021

/s/ Joseph M. Spraragen
Attorney

Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP
Firm

599 Lexington Avenue, FL 36
New York, NY 10022
Address

(212) 557-4000
Telephone Number

jspraragen@gdlsk.com
E-mail Address

10479016_1