FORM 11

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | : | |
|---|---|---|
| | : | |
| *In Re* Section 301 Cases | : | Court No. 21-cv-00052-3JP |
| | : | |
| | : | |
| | : | |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiffs in court numbers 1:2020-cv-00177, 1:2020-cv-02954, 1:2020-cv-03013, 1:2020-cv-03167, and 1:2020-cv-03836; hereby enters a notice of appearance in this action on behalf of plaintiffs in the above-cited actions consistent with Standard Procedure Order No. 21-01; and requests that all papers be served on him.

The individual attorney in the undersigned firm who is responsible for the litigation is Matthew R. Nicely.

Date: February 10, 2021

  /s/ James E. Tysse
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, NW
Washington, D.C. 20006
202-887-4000
jtysse@akingump.com