UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 11

*In Re* Section 301 Cases     Court No.: 21-cv-00052-3JP

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff, American Greetings Corporation, in this action and requests that all papers be served on him.

The individual attorney in the undersigned firm who is responsible for the litigation is Samir Varma.

Date: February 17, 2021     /s/ Samir Varma
     Attorney
     Thompson Hine LLP
     Firm
     1919 M Street, N.W. – Suite 700
     Street Address
     Washington, DC 20036
     City, State and Zip Code
     202-263-4136
     Telephone Number
     Samir.Varma@ThompsonHine.com
     E-mail Address

## **CERTIFICATE OF SERVICE**

Pursuant to U.S. Court of International Trade Rule 4(b) and (h), I hereby certify that on February 17, 2021, a copy of Plaintiff's Notice of Appearance was served on the following party pursuant to Standard Procedure Order No. 21-01 by certified mail, return receipt requested:

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278

/s/ Samir Varma

Samir Varma