## UNITED STATES COURT OF INTERNATIONAL TRADE

------------------------------------------------------------------------x
                                                                            :
*IN RE* SECTION 301 CASES                  :      Court No. 21-cv-00052-3JP
                                                                     :
------------------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade and Standard Procedure Order No. 21-01 (Feb. 10, 2021) of the above-captioned Master Case No. 21-cv-00052-3JP, the undersigned, who appears as counsel for Plaintiff Huffy Corporation in Section 301 Case No. 1:20-cv-03449 as provided in the attached Schedule, hereby enters a notice of appearance in this action on behalf of Plaintiff. The individual attorney who is responsible for this litigation is Ivan W. Bilaniuk, and Plaintiff requests that all papers in this matter be served upon him.

                                                                   */s/ Ivan W. Bilaniuk*
                                                                   Ivan W. Bilaniuk
                                                                   DINSMORE & SHOHL, LLP
                                                                   801 Pennsylvania Avenue, N.W.
                                                                   Suite 610
                                                                   Washington, D.C. 20004
                                                                   Phone: (202) 559-3611
                                                                   ivan.bilaniuk@dinsmore.com

                                                                   *Counsel for Plaintiff Huffy Corporation*

Dated:  February 26, 2021

## Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 20-03499 | *Huffy Corporation v. United States of America, et al.* | Huffy Corporation |