UNITED STATES COURT OF INTERNATIONAL TRADE
_____
                                                     :
                                                   :

In Re Section 301 Cases          :          Court No: 21-00052-3JP
                                                 :          All Cases Per Appendix

_____:

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade and Standard Procedure Order No. 21-01 (Feb. 10, 2021) in the above-captioned case, the undersigned appears as counsel for Plaintiffs in the cases listed in the Appendix to this Appearance. The individual attorney who is responsible for this litigation is Brian F. Walsh. Plaintiffs request that all papers in this matter be served on him.

Dated: March 15, 2021

                                                   /s/ Meaghan E. Vander Schaaf
                                                 Meaghan E. Vander Schaaf

                                                 Barnes, Richardson & Colburn
                                               303 East Wacker Drive
                                               Suite 305
                                               Chicago, IL 60601
                                               (312) 297-9564
                                               Mvanderschaaf@barnesrichardson.com

                                               Counsel to Plaintiffs in Cases on Appendix

APPENDIX – SCHEDULE OF CASES

| | |
|---|---|
| 1:20-cv-00299-3JP | Flabeg Technical Glass US Corporation v. United States et al |
| 1:20-cv-00332-3JP | The NOCO Company v. United States et al |
| 1:20-cv-00336-3JP | Accent Decor, Inc. v. United States et al |
| 1:20-cv-00344-3JP | House of Atlas, LLC v. United States et al |
| 1:20-cv-00351-3JP | Engineered Exhaust Systems/B-T Inc. v. United States et al |
| 1:20-cv-00358-3JP | Saf-T-Gard International, Inc. v. United States et al |
| 1:20-cv-00364-3JP | Finntack USA LLC v. United States et al |
| 1:20-cv-00381-3JP | U.S. Tsubaki Inc. v. United States et al |
| 1:20-cv-00715-3JP | CIC North America Inc. v. United States et al |
| 1:20-cv-00939-3JP | R.J. Van Drunen & Sons Inc. v. United States et al |
| 1:20-cv-00991-3JP | CSE Corporation v. United States et al |
| 1:20-cv-01466-3JP | Centracore, LLC v. United States et al |
| 1:20-cv-01489-3JP | Baxter Healthcare Corporation v. United States et al |
| 1:20-cv-01511-3JP | Baxter Healthcare SA v. United States et al |
| 1:20-cv-01530-3JP | Gambro UF Solutions Inc. v. United States et al |
| 1:20-cv-01564-3JP | Hi-Lex Controls, Inc. et al v. United States et al |
| 1:20-cv-01664-3JP | Heck Industries v. United States et al |
| 1:20-cv-03269-3JP | Crystorama Inc v. UNITED STATES OF AMERICA et al |
| 1:20-cv-03278-3JP | Birch Investment Partners LLC v. UNITED STATES OF AMERICA et al |