# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| *In Re* Section 301 Cases | Court No. 21-cv-00052-3JP |

**Standard Procedural Order 21-05**

     Notwithstanding the stay entered in the Section 301 Cases other than the sample case, *see* Standard Procedural Order 21-04, a plaintiff may amend its complaint either as a matter of course or with the court's leave or the opposing parties' consent, as appropriate, consistent with both USCIT Rule 15(a)(1)–(2) and Standard Procedural Order 21-03.


Dated:   April 1, 2021  
       New York, New York

         /s/ Mark A. Barnett   
Judge Mark A. Barnett


         /s/ Claire R. Kelly    
Judge Claire R. Kelly


       /s/ Jennifer Choe-Groves  
Judge Jennifer Choe-Groves