# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| *In Re* Section 301 Cases | Court No. 21-cv-00052-3JP |

## Scheduling Order

Upon consideration of the Parties' Joint Status Report and briefing schedule proposed therein, it is hereby

**ORDERED** that briefing with respect to the selected sample case, *HMTX Industries LLC, et al. v. United States, et al.*, Court No. 20-cv-00177 (CIT) ("*HMTX*"), shall proceed in accordance with the schedule and word count limitations set forth below:

| FILING | DUE DATE | WORD LIMIT |
|---|---|---|
| Defendants file administrative record index | April 30, 2021 | N/A |
| Defendants file their dispositive motion, including any defenses, objections, or other arguments that would otherwise be presented pursuant to USCIT Rule 12 | June 1, 2021 | 20,000 |
| Plaintiffs file combined response and dispositive cross motion | August 2, 2021 | 20,000 |
| *Amicus curiae* file supporting briefs (if any) | August 9, 2021 | 5,000 |
| Defendants file combined reply supporting their dispositive motion and response to cross motion (including any response to *amicus* briefs) | October 1, 2021 | 10,000 (+ up to half of total amicus words) |
| Plaintiffs file reply supporting their cross motion | November 15, 2021 | 10,000 |

Case 1:21-cv-00052-3JP   Document 275   Filed 04/13/21   Page 2 of 2

Court No. 21-cv-00052-3JP                                                                                            Page 2

and it is further

**ORDERED** that Parties are expected to abide by the established deadlines. Any *amicus* brief must be limited to the claims raised in the selected sample case and must not repeat arguments already made by Plaintiffs. The court does not anticipate extending these deadlines absent extraordinary circumstances, which may include an exceptionally large number of *amicus* briefs presenting distinct arguments, or to prevent manifest injustice; it is further

**ORDERED** that Parties shall file their briefs (including any *amicus* briefs) in this Master Case. The court's opinion will be filed in this Master Case and a copy of the opinion and, when appropriate, the court's judgment will be filed in *HMTX*; and it is further

**ORDERED** that the court will contact the Parties to schedule a status conference to discuss the issues regarding relief.

Dated:  April 13, 2021        /s/ Mark A. Barnett
        New York, New York    Judge Mark A. Barnett

                              /s/ Claire R. Kelly
                              Judge Claire R. Kelly

                              /s/ Jennifer Choe-Groves
                              Judge Jennifer Choe-Groves