# United States Court of International Trade
## Honorable Mark A. Barnett, Claire R. Kelly and Jennifer Choe-Groves

### Appearance Sheet

Docket No. 21-00052
April 26, 2021 – Status Conference via Webex
9:30 a.m.
Off Site
Jurisdiction 1581(i)

## In Re Section 301 Cases

_____
### Counsel

**Matthew Robert Nicely**
**Pratik A. Shah**
Akin, Gump, Strauss, Hauer & Feld, LLP (Plaintiff/Steering Committee)

**Jamie L. Shookman**
**Jeanne E. Davidson**
**Loren Misha Preheim**
**Justin Reinhart Miller**
U.S. Department of Justice (Defendant)