

**MATTHEW R. NICELY**
Partner
202.887.4046/fax: 202.887.4288
mnicely@akingump.com

April 30, 2021

The Honorable Mark A. Barnett, Chief Judge
The Honorable Claire R. Kelly, Judge
The Honorable Jennifer Choe-Groves, Judge
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

    Re:    Plaintiffs' Response to Question Posed During Panel's Status Conference

Dear Panel:

    During the April 26, 2021 status conference, the Panel asked Plaintiffs whether Defendants should be asked to file an amended answer in response to complaints or amended complaints that were filed after Defendants filed their master answer on March 12, 2021.

    We have posed this question via email to all plaintiffs' counsel, including all Steering Committee members, and received no objections to having Defendants forgo filing an answer to the later filed complaints and amended complaints.

    Please do not hesitate to contact the undersigned if you have any questions.

    Respectfully submitted,

/s/ Matthew R. Nicely
Matthew R. Nicely
Pratik A. Shah
James E. Tysse
Devin S. Sikes
Daniel M. Witkowski
Sarah B. W. Kirwin

Dated: April 30, 2021    AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, NW
Washington, D.C. 20006