

U.S. Department of Justice

Civil Division

*International Trade Field Office*     *Phone 212-264-9230*
*Commercial Litigation Branch*     *FAX  212-264-1916*
*26 Federal Plaza Room 346*
*New York, New York 10278-0140*

April 30, 2021

The Honorable Mark A. Barnett, Chief Judge
The Honorable Claire R. Kelly, Judge
The Honorable Jennifer Choe-Groves, Judge
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

    Re:    *In re Section 301 Cases*, Court No. 21-00052

Dear Panel:

    During the April 26, 2021 status conference, the Panel asked defendants whether we consent to the filing of certain amended complaints filed in Section 301 cases prior to our Master Answer on March 12, 2021. Following the status conference, the Court provided defendants with a list of cases wherein plaintiffs filed amended complaints between October 1, 2020 and February 5, 2021. The Government appreciates the Panel's raising of this issue and, after review, does not object to the filing of amended complaints for the cases identified in the list.

    In addition, the Court asked plaintiffs whether defendants should be asked to file an amended answer in response to complaints or amended complaints that were filed after the Master Answer. Plaintiffs Steering Committee filed a letter today, indicating that they have no objections to having defendants forego filing an answer to the later filed complaints and amended complaints. After conferring, the Steering Committee suggested that the Government submit its views by separate letter, rather than including them in the Steering Committee's letter.

    We agree that the Master Answer should be deemed to respond to post-answer amended complaints filed prior to today's date. Going forward, however, any plaintiff seeking to amend its complaint more than 21 days after filing its original complaint should first seek our consent, or file a motion to which we can respond, as required by Rule 15(a). We will not consent to amendments sought outside of this 21-day window without being afforded an opportunity to review the proposed amended complaint.

                                                                 Respectfully submitted,

                                                                 /s/ Jamie L. Shookman
                                                                 Jamie L. Shookman