# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| *In Re* Section 301 Cases | Court No. 21-cv-00052-3JP |

**Standard Procedural Order 21-06**

Upon consideration of the Parties' responses to the court's questions posed during the April 26, 2021 status conference, *see* ECF Nos. 296, 299, it is hereby

**ORDERED** that Defendants' Master Answer is deemed responsive to all post-answer amended complaints filed prior to April 30, 2021 and to amended complaints filed thereafter unless otherwise indicated; and it is further

**ORDERED** that the court accepts the amended complaints filed prior to February 5, 2021.

Dated: May 3, 2021
New York, New York

/s/ Mark A. Barnett
Chief Judge Mark A. Barnett
For the Panel