UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE; CLAIRE R. KELLY; JENNIFER CHOE-GROVES, JUDGES

|  |  |
|---|---|
| IN RE SECTION 301 CASES | : <br> : <br> : Court No. 21-00052-3JP <br> : <br> : |

# [ALTERNATIVE PROPOSED] ORDER

Upon reading defendants' opposition to plaintiffs' motion for preliminary injunction limited to suspension, as well as the Declaration of Thomas Overacker, Executive Director, Cargo & Conveyance Security, Office of Field Operations in support of defendants' opposition, it is hereby

**ORDERED** that defendants, together with their delegates, officers, agents, and servants, including employees of U.S. Customs and Border Protection (CBP), are enjoined during the pendency of this litigation, including any appeals, from liquidating any unliquidated entries of merchandise imported from the People's Republic of China by plaintiffs whose actions have been stayed pursuant to *In re Section 301 Cases*, Court No. 21-052, that are subject to duties imposed pursuant to either *Notice of Modification of Section 301 Action: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation*, 83 Fed. Reg. 47,974 (Sept. 21, 2018) (List 3) or *Notice of Modification of Section 301 Action: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation*, 84 Fed. Reg. 43,304 (Aug. 20, 2019) (List 4A), if such plaintiffs:

(i) Provide defendants with their full and correct Importer of Record (IOR) number(s), including suffix(es).
(ii) Provide defendants with the Court Number and filing date of the litigation in which they are a party, as well as their Center and team assignment if known; and it is further

**ORDERED** that plaintiffs' steering committee shall, within 30 days of the filing of the Order, provide defendants with a spreadsheet containing the information set forth in the preceding paragraph for any plaintiff that has filed an action as of the date of the filing of this Order that wishes to have the liquidation of its entries enjoined; and it is further **ORDERED** that this injunction shall not cover entries filed by plaintiffs that are not set forth on such spreadsheet or that have not provided defendants with a full and correct IOR number; and it is further

**ORDERED** that defendants will have 90 days from the date on which plaintiffs' steering committee provides the spreadsheet to defendants to suspend liquidation of entries covered by this Order, and defendants shall not be required to return any entries that liquidate during that 90-day period to unliquidated status; and it is further

**ORDERED** that plaintiffs' steering committee will provide defendants with an updated spreadsheet every 30 days containing the information set forth in (i) and (ii) above for any plaintiff in an action filed after this Order is entered that is stayed pursuant to *In re Section 301 Cases*, Court No. 21-052, that wishes to have the liquidation of its entries enjoined, and it is further **ORDERED** that defendants will have 90 days from the date on which plaintiffs' steering committee provides the updated spreadsheet to defendants to suspend liquidation of the covered entries, and defendants shall not be required to return any entries that liquidate during that 90-day period to unliquidated status; and it is further

**ORDERED** that any entries liquidated after 90 days from the date on which plaintiffs' steering committee provides the applicable spreadsheet to defendants shall be returned to unliquidated status and suspended in accordance with this injunction; and it is further

**ORDERED** that plaintiffs will refrain from filing any Post Summary Corrections requesting that an exclusion from Section 301 duties imposed under List 3 or List 4(a) granted by the U.S. Trade Representative be applied to an entry covered by this Order during the pendency of this litigation, including all appeals; and it is further

**ORDERED** that the entries subject to this injunction shall be liquidated in accordance with the final Court decision in this action, including all appeals and remand proceedings; and it is further

**ORDERED** that at the conclusion of this litigation, including all appeals, defendants shall confer with plaintiffs' steering committee, to propose the manner in which, and time period during which, the entries covered by this Order shall be liquidated and submit a joint status report regarding such discussions to the Court within 30 days of the conclusion of this litigation, including all appeals.

    _____
                       JUDGE

Dated: New York, New York
      This_____day of_____, 2021