## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE MARK A. BARNETT, CHIEF JUDGE
          THE HONORABLE CLAIRE R. KELLY, JUDGE
          THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

_____
                                                :
                                                :
*In Re* Section 301 Cases                       :   Court No. 21-00052
                                                :
_____:

### PLAINTIFFS' MOTION FOR ORAL ARGUMENT

Pursuant to U.S. Court of International Trade Rule 7(c), sample-case Plaintiffs HMTX Industries, LLC, Halstead New England Corp., Metroflor Corporation, and Jasco Products Company LLC (Plaintiffs) respectfully move for oral argument on Plaintiffs' Motion for Preliminary Injunction Limited to Suspension of Liquidation. Plaintiffs timely submit this Motion for Oral Argument pursuant to Rule 7(c). Defendants represented through counsel that they "defer to the Court as to whether to hold oral argument."

Plaintiffs respectfully submit that oral argument may assist the Court in its evaluation of the issues related to Plaintiffs' request for interim relief. This unprecedented litigation concerns billions of dollars, over 3,800 separate lawsuits, and an even larger number of individual plaintiffs. Breaking from both recent precedent and past practice, Defendants have taken an inequitable position on the unavailability of refund relief—including an intent to seek further review to challenge prevailing law—that necessitates Plaintiffs' Motion for Preliminary Injunction Limited to Suspension of Liquidation. The Court may benefit from the opportunity to resolve any outstanding questions as to the implementation of a preliminary injunction in light of the parties' dueling proposed orders (among other arguments and issues in the parties' papers).

For these reasons, to the extent the Court would find oral argument beneficial, Plaintiffs respectfully request that the Court grant this Motion.

Respectfully submitted,

_____
Matthew R. Nicely
Pratik A. Shah
James E. Tysse
Devin S. Sikes
Daniel M. Witkowski
Sarah B. W. Kirwin

Dated: June 4, 2021

AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, NW
Washington, D.C. 20006

*Counsel to Plaintiffs HMTX Industries LLC, Halstead New England Corporation, Metroflor Corporation, and Jasco Products Company LLC*

**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE
THE HONORABLE CLAIRE R. KELLY, JUDGE
THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

|  |  |
|---|---|
| *In Re* Section 301 Cases | Court No. 21-00052 |

## **ORDER**

Upon consideration of Plaintiffs' Motion for Oral Argument and all other pertinent papers, it is hereby

**ORDERED** that Plaintiffs' Motion for Oral Argument is **GRANTED**; and it is further

**ORDERED** that the Court will schedule oral argument in consultation with the parties.

Dated: _____
New York, NY

_____
Mark A. Barnett, Chief Judge

_____
Claire R. Kelly, Judge

_____
Jennifer Choe-Groves, Judge