**UNITED STATES COURT OF INTERNATIONAL TRADE**　　　　　　　　**FORM 11**

|  |  |  |
|---|---|---|
| *IN RE* SECTION 301 CASES | : : : | Court No. 21-00052-3JP |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiffs in court numbers 20-01022, 20-03327, and 20-03566, and hereby enters a Notice of Appearance in this action, consistent with Standard Procedure Order No. 20-01 (ECF No. 1). The plaintiffs represented by the undersigned in the three Section 301 cases listed above are identified in the schedule accompanying this notice. The individual attorney in the undersigned firm who is responsible for litigation is <u>Jonathan M. Freed</u>.

                                                                  Respectfully submitted,

                                                                   <u>/s/ Jonathan M. Freed</u>
                                                                   Jonathan M. Freed

                                                                   TRADE PACIFIC PLLC
                                                                   700 Pennsylvania Avenue, SE, Suite 500
                                                                   Washington, DC  20003
                                                                   Tel:  (202) 223-3760
                                                                   Fax:  (202) 223-3763
                                                                   Email:  jfreed@tradepacificlaw.com

Dated:  June 15, 2021                                  *Counsel to Plaintiffs*

| | | |
|---|---|---|
| UNITED STATES COURT OF INTERNATIONAL TRADE | | FORM 11 |

|  |  |  |
|---|---|---|
| *IN RE* SECTION 301 CASES | : <br> : <br> : | Court No. 21-00052-3JP |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiffs in court numbers 20-01022, 20-03327, and 20-03566, and hereby enters a Notice of Appearance in this action, consistent with Standard Procedure Order No. 20-01 (ECF No. 1). The plaintiffs represented by the undersigned in the three Section 301 cases listed above are identified in the schedule accompanying this notice. The individual attorney in the undersigned firm who is responsible for litigation is Jonathan M. Freed.

Respectfully submitted,

/s/ Warren E. Connelly
Warren E. Connelly

TRADE PACIFIC PLLC
700 Pennsylvania Avenue, SE, Suite 500
Washington, DC 20003
Tel: (202) 223-3760
Fax: (202) 223-3763
Email: wconnelly@tradepacificlaw.com

Dated: June 15, 2021          *Counsel to Plaintiffs*

**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM 11

|  |  |  |
|---|---|---|
| *IN RE* SECTION 301 CASES | : : : | Court No. 21-00052-3JP |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiffs in court numbers 20-01022, 20-03327, and 20-03566, and hereby enters a Notice of Appearance in this action, consistent with Standard Procedure Order No. 20-01 (ECF No. 1). The plaintiffs represented by the undersigned in the three Section 301 cases listed above are identified in the schedule accompanying this notice. The individual attorney in the undersigned firm who is responsible for litigation is Jonathan M. Freed.

Respectfully submitted,

/s/ Robert G. Gosselink
Robert G. Gosselink

TRADE PACIFIC PLLC
700 Pennsylvania Avenue, SE, Suite 500
Washington, DC  20003
Tel:  (202) 223-3760
Fax:  (202) 223-3763
Email:  rgosselink@tradepacificlaw.com

Dated:  June 15, 2021                              *Counsel to Plaintiffs*

| | | |
|---|---|---|
| **UNITED STATES COURT OF INTERNATIONAL TRADE** | | **FORM 11** |

| | | |
|---|---|---|
| | : | |
| *IN RE* SECTION 301 CASES | : | Court No. 21-00052-3JP |
| | : | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiffs in court numbers 20-01022, 20-03327, and 20-03566, and hereby enters a Notice of Appearance in this action, consistent with Standard Procedure Order No. 20-01 (ECF No. 1).  The plaintiffs represented by the undersigned in the three Section 301 cases listed above are identified in the schedule accompanying this notice.  The individual attorney in the undersigned firm who is responsible for litigation is Jonathan M. Freed.

Respectfully submitted,

/s/ Jarrod M. Goldfeder
Jarrod M. Goldfeder

TRADE PACIFIC PLLC
700 Pennsylvania Avenue, SE, Suite 500
Washington, DC  20003
Tel:  (202) 223-3760
Fax:  (202) 223-3763
Email:  jgoldfeder@tradepacificlaw.com

Dated:  June 15, 2021                           *Counsel to Plaintiffs*

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 11**

|  |  |
|---|---|
| *IN RE* SECTION 301 CASES | : <br> : Court No. 21-00052-3JP <br> : |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiffs in court numbers 20-01022, 20-03327, and 20-03566, and hereby enters a Notice of Appearance in this action, consistent with Standard Procedure Order No. 20-01 (ECF No. 1).  The plaintiffs represented by the undersigned in the three Section 301 cases listed above are identified in the schedule accompanying this notice.  The individual attorney in the undersigned firm who is responsible for litigation is Jonathan M. Freed.

                              Respectfully submitted,

                              /s/ MacKensie R. Sugama
                              MacKensie R. Sugama

                              TRADE PACIFIC PLLC
                              700 Pennsylvania Avenue, SE, Suite 500
                              Washington, DC  20003
                              Tel:  (202) 223-3760
                              Fax:  (202) 223-3763
                              Email:  ksugama@tradepacificlaw.com

Dated:  June 15, 2021                  *Counsel to Plaintiffs*

**SCHEDULE TO NOTICE OF APPEARANCE**

| Case Number | Case Name | Party or Parties Represented |
|---|---|---|
| 20-01022 | National Refrigerants, Inc. et al. v. United States et al. | National Refrigerants, Inc.; International Refrigeration Products Inc.; Bosda International Inc.; Bosda Inc.; Citrus Automotive Parts Inc.; Western Edge Inc.; Trina Solar U.S., Inc.; Meco Corp.; Polar Bay Foods, Inc.; Eastern Fish Co.; Seabreeze Seafoods International; Southwind Foods LLC; Archer-Daniels-Midland Co.; Supreme Crab & Seafood, Inc.; Censea Inc.; Mazzetta Co.; MP Mfg. Inc.; Metrie Inc.; Metrie Industries Inc.; Metrie Canada Ltd.; Stephen Joseph, Inc.; Turtle Import LLC; Tri-Union Frozen Products, Inc.; Tri-Union Seafoods, LLC; Master Magnetics, Inc.; Cebu Pacific LLC |
| 20-03327 | NClave Renewable S.L. v. United States et al. | NClave Renewable S.L. |
| 20-03566 | Sea Port Products Corp. v. United States et al. | Sea Port Products Corp. |