UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE MARK A. BARNETT, CHIEF JUDGE; CLAIRE R. KELLY, JENNIFER CHOE-GROVES, JUDGES

_____
                                                :
                                                :
IN RE SECTION 301 CASES                :  Court No. 21-00052-3JP
                                                :
_____:

**DEFENDANTS' STATUS REPORT**

In light of the upcoming Status Conference on August 2, 2021, we respectfully submit the current draft of the repository instructions, which the Court has ordered the Government to finalize by August 6, 2021.  We have conferred with plaintiffs and understand that they will respond separately with their responses to these draft instructions.  While we have received responses from plaintiffs regarding the instructions set forth below and are considering minor modifications to the repository instructions as a result, this Status Report reflects the working draft of the instructions that we have already shared with plaintiffs.

**DRAFT INSTRUCTIONS**

I.     **Overview**

The following detailed instructions apply to importers submitting to the Repository their list(s) of entries the liquidation of which is to be suspended pursuant to the preliminary injunction order issued by the Court of International Trade ("CIT") on July 6, 2021 in Master Case Number 21-00052-3JP ("Subject Entries").

Each importer will provide CBP with its list(s) of Subject Entries on the third Monday of every month.  Importers are responsible for ensuring that all entries submitted through the repository are subject to this court order.  Importers must submit their list(s) of entries via **both** (1) the Automated Commercial Environment (ACE) Document Imaging System (DIS) **AND** (2) email to the appropriate Center of Excellence and Expertise's (Center's) CIT mailbox.

**Note:** Importers should ensure that all Subject Entries that are scheduled to be liquidated within two months of the date of the establishment of the Repository are submitted to the Repository within the first thirty days of its establishment.

II.    **Transmission Requirements**

a.    **Required Transmission #1 – Submission to DIS**
       **Note:** This transmission must be made a minimum of 30 days in advance of the scheduled liquidation date for Subject Entries.

       Importers have two options for submitting the 301 repository Excel workbooks via DIS: (1) via XML - electronically through secure web services, file transfer protocol, or messaging queue, **or** (2) via email to docs@cbp.dhs.gov.  For general guidance on how to use DIS, importers should review the ACE DIS Implementation Guide.

       i.    **DIS Option 1: XML** – Importers submit 301 repository spreadsheets via DIS through secure web services, file transfer protocol, or messaging queue.  When using XML, importers will use the unique DIS Document Label Code, "301_Litigation_Spreadsheet" to identify the 301-repository spreadsheet.  If using the DIS XML option, importers must also submit a separate email to the appropriate Center's CIT mailbox (see email instructions in section 1.b below).

       ii.   **DIS Option 2: Email** – Importers submit 301 repository spreadsheets via DIS email to docs@cbp.dhs.gov. Importers do not need ACE access to submit via DIS email.  When using DIS email, importers will use the unique DIS DocCode "CBP160" to identify the 301-repository spreadsheet.  Importers submitting via DIS email will carbon copy (CC) the appropriate Center's CIT mailbox (see email instructions in section 1.b below).

             **Note:** The following formatting instructions for the DIS Email option must be all uppercase and underline followed exactly.  The sender must keep the confirmation email for verification.  If no confirmation email is received within the hour, please resubmit.
             - The subject line of the email must read precisely as follows: "CAT=CIT; CIT_BATCH_NBR=21-00052-001; ACTION=ADD"
               - CAT must always equal CIT for the Court of International Trade 301 litigation category.

- CIT_BATCH_NBR must reflect the master court number (21-00052 and the batch number as identified by the importer on a cumulative basis, beginning with 001, 002 etc.).
- The body of the email must include the text below. **Note:** Underlined text represents examples; the precise text is to be filled in by the importer and **should not** be underlined when transmitting the message. Italicized text represents instructions and **should not** be included in the transmission.

> START_DATA
> AGENCY_CD=CBP
> TRANSMITTER_FILER_CD=<u>123</u>
>     *Conditional (Required for Filers with valid filer codes)*
> TRANSMITTER_NAME=<u>Smith Brokerage Firm</u>
>     *Mandatory (Name of company)*
> CENTER_TEAM=<u>AAA</u>
>     *Conditional (Required when responding to Centers)*
>     *Enter Entry Summary Control Team Number*
> Importer of Record (IOR)_NBR=<u>54-123456789</u>
>     *Required*
> POC_INFO=<u>John Smith, 202-123-4567</u>
>     *Required (Name and Phone Number)*
> COMMENT=<u>NBR 20-00177.  Entries scheduled to be liquidated in thirty days.  Please prioritize.</u>
>     *Required (Enter importer-specific case number.)*
>     *Further comments may also be included.*
> RETURN_EMAIL_ADDRESS=<u>JOHN.SMITH@YAHOO.COM</u>
>     *Conditional (Enter if different than sender's email address)*
> END_DATA

**b. Required Transmission #2 – Email to appropriate Center's CIT mailbox**
**Note:** This transmission must be made a minimum of 30 days in advance of the scheduled liquidation date for Subject Entries.

Importers transmitting data via DIS Option 1: XML, must send a separate email to the appropriate Center's CIT mailbox with an attached Excel workbook containing one or more spreadsheets of Subject Entries (see spreadsheet requirements below). Importers transmitting data via DIS Option 2: Email, must CC the appropriate Center's CIT mailbox when submitting the email to DIS.

Center CIT mailboxes are as follows:

| |
|---|
| CEE-CIT-Agriculture@cbp.dhs.gov |
| CEE-CIT-Apparel@cbp.dhs.gov |
| CEE-CIT-Automotive@cbp.dhs.gov |
| CEE-CIT-Basemetals@cbp.dhs.gov |
| CEE-CIT-Consumer@cbp.dhs.gov |
| CEE-CIT-Electronics@cbp.dhs.gov |
| CEE-CIT-Industrialmaterials@cbp.dhs.gov |
| CEE-CIT-Machinery@cbp.dhs.gov |
| CEE-CIT-Petroleum@cbp.dhs.gov |
| CEE-CIT-Pharmaceuticals@cbp.dhs.gov |
| CEE-CIT-SanJuan@cbp.dhs.gov |

**III.    Spreadsheet Requirements**

Both required transmissions, (1) DIS and (2) email to the Center's CIT mailbox, must include an attached Excel workbook containing one or more spreadsheets with the following information for covered entries.

c.  Each Excel workbook must be limited to entries for one importer number with applicable suffixes, if relevant, e.g., 12-345678900, 12-3456789TX.

d.  Each spreadsheet within the Excel workbook is limited to no more than 5,000 rows.  However, multiple worksheets for the same importer can be included in a single Excel workbook.  If sent by email, the file size is limited to 10MB.

e.  The file name for the 301 repository Excel workbook will be comprised of the following information including dash, underscores and no additional spaces: "CBP160-301_litigation_54-123456789_Batch_001.xlsx".

  i.  CBP160-301_litigaton_: These characters will remain constant for all 301 repository spreadsheet file names from all importers.

  ii.  54-123456789: The IOR number is importer specific and should be limited to one IOR number in the file name.

  iii.  Batch_001: This batch number is sequential by importer on a cumulative basis, beginning with 001.

f.  The required data elements are provided in the attached Excel spreadsheet template and detailed below:

  i.  Column A: Importer Number
    • Enter the IOR number including appropriate dash (-) in either XX-XXXXXXXXX, XXXXXX-XXXXX or XXX-XX-XXXX format. IOR numbers should include suffixes, if relevant.

  ii.  Column B: Importer Specific Court Number (not the master court number)
    • Enter the court number including the appropriate dash (-) in XX-XXXXX format.

  iii.  Column C: Litigation Filing Date

- Enter the date on which the importer filed its summons in the CIT in MM/DD/YYYY format.
  - iv. Column D: Center ID Name
    - Enter the Center name or, if applicable, San Juan, Puerto Rico.
  - v. Column E: Control Team Number
    - Enter the entry summary control team number.
  - vi. Column F: Entry Summary Number
    - Enter the relevant 11-digit entry summary number <u>without</u> dashes.
  - vii. Column G: Entry Date
    - Enter the date in MM/DD/YYYY format.

## IV.    Bulletin Verification

After submission of 301 repository Excel workbooks, importers should review the electronic <u>Official Notice of Extension, Suspension and Liquidation</u> bulletin to confirm that liquidation of Subject Entries covered by such submission has been suspended. If a Subject Entry submitted through the repository is not suspended after more than 30 days have passed since the submission, or is inadvertently liquidated, the importer should contact the appropriate Center or Port.

## V.    Points of Contact

Please contact <u>traderemedy@cbp.dhs.gov</u> for any questions regarding the repository submission process. For questions concerning liquidation of entries, please contact the applicable Center CIT mailbox as noted in Section 1b above.


Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

/s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

/s/ L. Misha Preheim
L. MISHA PREHEIM
Assistant Director

DEFENDANTS' STATUS REPORT – DRAFT REPOSITORY INSTRUCTIONS

OF COUNSEL:

MEGAN GRIMBALL
Associate General Counsel
PHILIP BUTLER
Associate General Counsel
EDWARD MARCUS
Assistant General Counsel
Office of General Counsel
Office of the U.S. Trade Representative
600 17th Street N.W.
Washington, D.C. 20508

PAULA SMITH
Assistant Chief Counsel
EDWARD MAURER
Deputy Assistant Chief Counsel
VALERIE SORENSEN-CLARK
Attorney
Office of the Assistant Chief Counsel
International Trade Litigation
U.S. Customs and Border Protection
26 Federal Plaza, Room 258
New York, NY 10278

July 30, 2021

/s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge,
International Trade Field Office

/s/ Jamie L. Shookman
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
26 Federal Plaza, Room 346
New York, NY 10278
Tel: 212-264-2107
Fax: 212-264-1916

SOSUN BAE
Senior Trial Counsel
ANN C. MOTTO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

*Attorneys for Defendants*

DEFENDANTS' STATUS REPORT – DRAFT REPOSITORY INTRUCTIONS