# United States Court of International Trade
## Honorable Mark A. Barnett, Claire R. Kelly and Jennifer Choe-Groves

### Appearance Sheet

Docket No. 21-00052
August 2, 2021 – Status Conference
via Webex
2:00 p.m.
Off Site
Jurisdiction 1581(i)

## In Re Section 301 Cases

### Counsel

**Plaintiff/Steering Committee**
**Matthew Robert Nicely**
**Pratik A. Shah**
Akin, Gump, Strauss, Hauer & Feld, LLP
**Michael Roll**
Roll & Harris LLP
**Lawrence Friedman**
Barnes, Richardson & Colburn, LLP
**Nithya Nagarajan**
Husch Blackwell LLP
**Shannon Fura**
Page Fura, P.C.

**Defendant**
**Jamie L. Shookman**
**Jeanne Davidson**
**Loren Misha Preheim**
**Justin Reinhart Miller**
U.S. Department of Justice
**Paula Smith**
U.S. Customs & Border Protection