## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| IN RE SECTION 301 CASES | Before: Mark A. Barnett, Claire R. Kelly and Jennifer Choe-Groves, Judges<br>Court No. 21-00052 |

### ORDER

Pursuant to the status conference held on August 2, 2021 ("Status Conference"), it is

**ORDERED** that Defendants' time to establish a repository is extended from August 6, 2021 to August 20, 2021; and it is further

**ORDERED** that Defendants' and Plaintiffs' time to submit additional proposed modifications to the preliminary injunction ordered on July 6, 2021, ECF No. 330, is extended from August 6, 2021 to August 20, 2021; and it is further

**ORDERED** that the parties shall submit a joint status report by Monday, August 9, 2021, updating the court on the issues identified by the court at the Status Conference as needing further clarification.

 /s/ Claire R. Kelly
Claire R. Kelly, Judge


 /s/ Jennifer Choe-Groves
Jennifer Choe-Groves, Judge

Dated:   Monday, August 2, 2021
         New York, New York