# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| IN RE SECTION 301 CASES | Before: Mark A. Barnett,<br>Claire R. Kelly and<br>Jennifer Choe-Groves, Judges<br>Court No. 21-00052 |

## ORDER

Upon consideration of the Joint Status Report filed on August 9, 2021, see ECF No. 365, it is

**ORDERED** that Defendants' time to establish a repository is extended from August 20, 2021 to September 3, 2021; and it is further

**ORDERED** that Defendants' and Plaintiffs' time to submit additional proposed modifications to the preliminary injunction ordered on July 6, 2021, ECF No. 330 (the "Preliminary Injunction Order"), is extended from August 20, 2021 to September 3, 2021; and it is further

**ORDERED** that the temporary restraint period established by the Preliminary Injunction Order and modified by the court's Order dated July 20, 2021, see ECF No. 344, is extended from September 2, 2021 to October 4, 2021.

    /s/ Claire R. Kelly  
Claire R. Kelly, Judge

    /s/ Jennifer Choe-Groves  
Jennifer Choe-Groves, Judge

Dated:  Monday, August 16, 2021  
           New York, New York