FORM 11

## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:    THE HONORABLE MARK A. BARNETT, CHIEF JUDGE
                THE HONORABLE CLAIRE R. KELLY, JUDGE
                THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

|  |  |  |
|---|---|---|
| *In re* Section 301 Cases | : : : : : | Court No. 21-cv-00052-3JP |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned:

1. Has appeared as attorney for plaintiff Northern Lights Industrial Supply LLC in Action No. 20-02779-3JP; and

2. Pursuant to Standard Procedure Order No. 21-01 ¶ (c) ("Appearances"), hereby files this Notice of Appearance in Master Case 21-cv-00052-3JP.

The individual attorney in the undersigned firm who is responsible for the litigation is Timothy B. Mills.

Date: September 7, 2021                /s/ ***Timothy B. Mills***
                                                    MILLS LAW GROUP LLP
                                                    800 Connecticut Avenue N.W.
                                                    Suite 300
                                                    Washington, D.C. 20006
                                                    202-457-8090
                                                    timothy.mills@mills-lawgrp.com
                                                    timothybmills@gmail.com

1