UNITED STATES COURT OF INTERNATIONAL TRADE

*In Re* Section 301 Cases

Court No. 21-cv-00052-3JP

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Standard Procedure Order No. 21-01 (ECF No. 1) ("**Procedural Order No. 1**") and Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned request to receive notice of all filings in Master Case No. 21-cv-00052-3JP.  The undersigned are counsel for Roland Corporation U.S., plaintiff in Case No. 21-cv-00440.  Exhibit A hereto provides all relevant details requested by USCIT Form 11.[1]

Date: November 29, 2021

Respectfully submitted,

/s/ Andrew K. McAllister
ANDREW K. MCALLISTER
RONALD A. OLEYNIK
DARIYA V. GOLUBKOVA
XIN JIN
HOLLAND & KNIGHT LLP
800 17th St., Suite 1100
Washington, DC  20006
202-469-5133
andrew.mcallister@hklaw.com
ron.oleynik@hklaw.com
dariya.golubkova@hklaw.com
sophie.jin@hklaw.com

---

[1] Counsel also represents plaintiffs in sixteen other Section 301 cases and, in furtherance thereof, filed a notice of appearance on February 27, 2021 (ECF No. 224) on the docket of the Master Case.  Given that Rule 75 of the Rules of the U.S. Court of International Trade does not provide for amendments to previously filed notices of appearance on the basis of adding an action, counsel files this standalone notice of appearance to record its representation of Roland Corporation U.S. on the docket of the Master Case.

**EXHIBIT A**

| Case Number | Case Name | Party or Parties Represented |
|---|---|---|
| 21-cv-00440 | Roland Corporation U.S. v. United States | Roland Corporation U.S. |