# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE; CLAIRE R. KELLY, JENNIFER CHOE-GROVES, JUDGES

IN RE SECTION 301 CASES   :
: Court No. 21-00052-3JP
:

## INDEX TO THE ADMINISTRATIVE RECORD

| Public Record # | Document Name/Description | Link to Publicly Available Documents | Date |
|---|---|---|---|
| | **Decision Memoranda** | | |
| PR-1 | Modification of Action in Section 301 Investigation of China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation, with attachments, including attached unpublished Federal Register Notice corresponding to 83 FR 47974 | | 9/17/2018 |
| PR-2 | Attachment 1 to PR#1 – Determination | | 9/17/2018 |
| PR-3 | Attachment 2 to PR#1 – List of covered full and partial tariff subheadings | | 9/17/2018 |
| PR-4 | Attachment 4 to PR#1 – Presidential Statement | | 9/17/2018 |
| PR-5 | Modification of Action in Section 301 Investigation of China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation, including attached unpublished Federal Register Notice corresponding to 83 FR 49153 | | 9/26/2018 |
| PR-6 | Modification of Action in Section 301 Investigation of China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation, including attached unpublished Federal Register Notice corresponding to 83 FR 65198 | | 12/14/2018 |
| PR-7 | Modification of Action in Section 301 Investigation of China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation, including attached unpublished Federal Register Notice corresponding to 84 FR 7966 | | 2/28/2019 |

| Public Record # | Document Name/Description | Link to Publicly Available Documents | Date |
|---|---|---|---|
| PR-8 | Modification of Action in Section 301 Investigation of China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation, including attached unpublished Federal Register Notice corresponding to 84 FR 20459 | | 5/7/2019 |
| PR-9 | Modification of Action in Section 301 Investigation of China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation, including attached unpublished Federal Register Notice corresponding to 84 FR 43304 | | 8/14/2019 |
| PR-10 | Modification of Action in Section 301 Investigation of China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation including attached unpublished Federal Register Notice corresponding to 84 FR 45821 | | 8/27/2019 |
| PR-11 | Modification of Action in Section 301 Investigation of China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation, including attached unpublished Federal Register Notice corresponding to 84 FR 69447 | | 12/13/2019 |
| PR-12 | Modification of Action in Section 301 Investigation of China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation, including attached unpublished Federal Register Notice corresponding to 85 FR 3741 | | 1/15/2020 |
| | **Federal Register Notices** | | |
| PR-13 | 82 FR 39007: Memorandum of August 14, 2017 Addressing China's Laws, Policies, Practices, and Actions Related to Intellectual Property, Innovation, and Technology | https://www.federalregister.gov/documents/2017/08/17/2017-17528/addressing-chinas-laws-policies-practices-and-actions-related-to-intellectual-property-innovation | 8/17/2017 |
| PR-14 | 83 FR 33608: Request for Comments Concerning Proposed Modification of Action Pursuant to Section 301: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation | https://www.federalregister.gov/documents/2018/07/17/2018-15090/request-for-comments-concerning-proposed-modification-of-action-pursuant-to-section-301-chinas-acts | 7/17/2018 |
| PR-15 | 83 FR 38760: Extension of Public Comment Period Concerning Proposed Modification of Action Pursuant to Section 301: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation | https://www.federalregister.gov/documents/2018/08/07/2018-16919/extension-of-public-comment-period-concerning-proposed-modification-of-action-pursuant-to-section | 8/7/2018 |
| PR-16 | 83 FR 47974: Notice of Modification of Section 301 Action: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation | https://www.federalregister.gov/documents/2018/09/21/2018-20610/notice-of-modification-of-section-301-action-chinas-acts-policies-and-practices-related-to | 9/21/2018 |
| PR-17 | 83 FR 65198: Notice of Modification of Section 301 Action: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation | https://www.federalregister.gov/documents/2018/12/19/2018-27458/notice-of-modification-of-section-301-action-chinas-acts-policies-and-practices-related-to | 12/19/2018 |

| Public Record # | Document Name/Description | Link to Publicly Available Documents | Date |
|---|---|---|---|
| PR-18 | 84 FR 7966: Notice of Modification of Section 301 Action: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation | https://www.federalregister.gov/documents/2019/03/05/2019-03935/notice-of-modification-of-section-301-action-chinas-acts-policies-and-practices-related-to | 3/5/2019 |
| PR-19 | 84 FR 20459: Notice of Modification of Section 301 Action: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation | https://www.federalregister.gov/documents/2019/05/09/2019-09681/notice-of-modification-of-section-301-action-chinas-acts-policies-and-practices-related-to | 5/9/2019 |
| PR-20 | 84 FR 22564: Request for Comments Concerning Proposed Modification of Action Pursuant to Section 301: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation | https://www.federalregister.gov/documents/2019/05/17/2019-10191/request-for-comments-concerning-proposed-modification-of-action-pursuant-to-section-301-chinas-acts | 5/17/2019 |
| PR-21 | 84 FR 43304: Notice of Modification of Section 301 Action: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation | https://www.federalregister.gov/documents/2019/08/20/2019-17865/notice-of-modification-of-section-301-action-chinas-acts-policies-and-practices-related-to | 8/20/2019 |
| PR-22 | 84 FR 45821: Notice of Modification of Section 301 Action: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation | https://www.federalregister.gov/documents/2019/08/30/2019-18838/notice-of-modification-of-section-301-action-chinas-acts-policies-and-practices-related-to | 8/30/2019 |
| PR-23 | 84 FR 46212: Request for Comments Concerning Proposed Modification of Action Pursuant to Section 301: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation | https://www.federalregister.gov/documents/2019/09/03/2019-18946/request-for-comments-concerning-proposed-modification-of-action-pursuant-to-section-301-chinas-acts | 9/3/2019 |
| PR-24 | 84 FR 69447: Notice of Modification of Section 301 Action: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation | https://www.federalregister.gov/documents/2019/12/18/2019-27306/notice-of-modification-of-section-301-action-chinas-acts-policies-and-practices-related-to | 12/18/2019 |
| PR-25 | 85 FR 3741: Notice of Modification of Section 301 Action: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation | https://www.federalregister.gov/documents/2020/01/22/2020-00904/notice-of-modification-of-section-301-action-chinas-acts-policies-and-practices-related-to | 1/22/2020 |
| | Documents Referenced in Decision Memoranda and/or Federal Register Notices | | |
| PR-26 | Findings of the Investigation into China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation Under Section 301 of the Trade Act of 1974 | https://ustr.gov/sites/default/files/Section%20301%20FINAL.PDF | 3/22/2018 |
| PR-27 | USTR Press Release: "USTR Robert Lighthizer Statement on the President's Additional China Trade Action" | https://ustr.gov/about-us/policy-offices/press-office/press-releases/2018/june/ustr-robert-lighthizer-statement-0 | 6/18/2018 |
| PR-28 | Statement from the President | https://www.legistorm.com/stormfeed/view_rss/1320244/organization/69295.html | 9/17/2018 |
| PR-29 | Statement from the Press Secretary Regarding the President's Working Dinner with China | https://trumpwhitehouse.archives.gov/briefings-statements/statement-press-secretary-regarding-presidents-working-dinner-china/ | 12/1/2018 |

3

| Public Record # | Document Name/Description | Link to Publicly Available Documents | Date |
|---|---|---|---|
| PR-30 | Statement by U.S. Trade Representative Robert Lighthizer on Section 301 Action | https://ustr.gov/about-us/policy-offices/press-office/press-releases/2019/may/statement-us-trade-representative | 5/10/2019 |
| PR-31 | State Council Customs Tariff Commission Public Notice on Additionally Imposing Tariffs on Certain Imported Products Originating from the United States (State Council Customs Tariff Commission, 2019 Public Notice No. 3, issued May 13, 2019) | Not available in English online: http://gss.mof.gov.cn/gzdt/zhengcefabu/201905/t20190513_3256788.htm | 5/13/2019 |
| PR-32 | MOFCOM Press Release: "Ministry of Commerce Spokesperson Answers Questions about China's Establishment of an 'Unreliable Entities List' System" | http://www.mofcom.gov.cn/xwfbh/20190531.shtml; English version available here: http://english.mofcom.gov.cn/article/newsrelease/press/201906/20190602873151.shtml | 5/31/2019 |
| PR-33 | Politico Article: "China has begun 'phase two' of retaliation, former U.S. diplomat says" | No longer available for free online: https://subscriber.politicopro.com/article/2019/06/china-has-begun-phase-two-of-retaliation-former-us-diplomat-says-3380982 | 6/6/2019 |
| PR-34 | XINHUA Article: "NDRC: We Will Promptly Study and Introduce Relevant Polices and Measures on Rare Earths" | www.xinhuanet.com/energy/2019-06/18/c_1124636640.htm | 6/18/2019 |
| PR-35 | U.S. Department of the Treasury Press Release: "Treasury Designates China as a Currency Manipulator" | https://home.treasury.gov/news/press-releases/sm751 | 8/5/2019 |
| PR-36 | USTR Press Release: "United States and China Reach Phase One Trade Agreement" | https://ustr.gov/about-us/policy-offices/press-office/press-releases/2019/december/united-states-and-china-reach | 12/13/2019 |

4