UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE
THE HONORABLE CLAIRE R. KELLY, JUDGE
THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| *In Re* Section 301 Cases | Court No. 21-00052 |

## JOINT STATUS REPORT & PROPOSED SCHEDULE

Pursuant to the Court's April 1, 2022 Opinion and Order, Plaintiffs HMTX Industries, LLC, Halstead New England Corp., Metroflor Corporation, and Jasco Products Company LLC, and Defendants United States, *et al.*, respectfully submit this "joint status report and proposed schedule for further disposition of this litigation" within 14 days of the "Further Explanation of the Final List 3 and List 4 Modifications in the Section 301 Action: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation, Pursuant to Court Remand Order" (Remand Determination) filed by the United States Trade Representative (USTR). ECF 448 at 71; *see* ECF 467 (Remand Determination).

The parties have conferred and respectfully submit that comments on the Remand Determination from Plaintiffs and a response to those comments from Defendants would aid the Court's evaluation of the Remand Determination. Because the parties disagree on the schedule and page limits for their respective submissions, each party's proposal appears in the table provided below and separate orders are provided:

|  | PLAINTIFFS' PROPOSAL | | DEFENDANTS' PROPOSAL | |
|---|---|---|---|---|
| **FILING** | **DUE DATE** | **PAGE LIMIT** | **DUE DATE** | **PAGE LIMIT** |
| Plaintiffs' Comments on the Remand Determination | September 14, 2022 | 20 Pages | No objection to plaintiffs' proposal | No objection to plaintiffs' proposal |
| Potential *Amicus Curiae* brief from Retail Litigation Center et al. (which previously filed on notice-and-comment issues) | September 14, 2022 | 10 Pages | No objection to plaintiffs' proposal | No objection to plaintiffs' proposal |
| Defendants' Response to Comments on the Remand Determination | October 14, 2022 | 20 Pages | November 14, 2022 | 20 Pages plus the number of pages of the briefs filed by the *Amicus Curiae* |
| Plaintiffs' Reply | November 4, 2022 | 10 pages | Defendants object to the filing of a reply by plaintiffs | Defendants object to the filing of a reply by plaintiffs |

*1. The Parties' Positions On Briefing*

Plaintiffs respectfully submit that, in light of the 120-day period the Government took to file its 90-page Remand Determination, the subsequent briefing should be completed expeditiously, on a standard 30-day, 30-day, 21-day schedule. That schedule would permit briefing to be fully completed before Defendants propose to file their Response brief. In addition, Plaintiffs believe that a short (10-page) reply brief will aid the Court's full consideration of the major issues to be decided in this unique proceeding—particularly given that Defendants by then will have filed remand papers totaling at least 120 pages (including the Remand Determination itself).

The Government has requested 60 days to file its response to plaintiffs' comments on the Remand Determination because of the time required to complete its response to plaintiffs' comments based upon the need for internal review and coordination with the agencies. Also, consistent with the Court's general practice regarding remand proceedings, the Government

respectfully submits that plaintiffs are not entitled to a reply. The Government's request for additional pages based upon the number of *amicus* words is consistent with the approach taken in the Court's scheduling order dated April 13, 2021, ECF No. 275.

    2.  *The Parties' Positions On Oral Argument*

Plaintiffs respectfully submit that oral argument would aid the Court in its review of USTR's Remand Determination, and accordingly request that the Court schedule oral argument following the filing of Plaintiffs' Reply.

Defendants take no position on Plaintiffs' request for oral argument and defer to the Court as to whether oral argument would assist in resolving the disputed issues.

\* \* \*

Respectfully submitted,

<table>
<tr><td>

/s/ Matthew R. Nicely
Matthew R. Nicely
Pratik A. Shah
James E. Tysse
Devin S. Sikes
Daniel M. Witkowski
Sarah B. W. Kirwin

AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, NW
Washington, D.C. 20006

*Counsel to Plaintiffs HMTX Industries LLC, Halstead New England Corporation, Metroflor Corporation, and Jasco Products Company LLC*

</td><td>

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
Director

/s/ L. Misha Preheim
L. MISHA PREHEIM
Assistant Director

/s/ Justin R. Miller
JUSTIN R. MILLER
ATTORNEY-IN-CHARGE
International Trade Field Office

/s/ Elizabeth Speck
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-0369

SOSUN BAE
Senior Trial Counsel
JAMIE L. SHOOKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

*Attorneys for Defendants*

</td></tr>
</table>

Date:  August 15, 2022

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE
THE HONORABLE CLAIRE R. KELLY, JUDGE
THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| *In Re* Section 301 Cases | Court No. 21-00052 |

## PLAINTIFFS' PROPOSED ORDER

Upon consideration of the parties' joint status report and proposed schedule, as well as all other papers filed in this litigation, it is hereby

**ORDERED** that the parties shall adhere to the following deadlines for further disposition of this litigation:

| FILING | DUE DATE | PAGE LIMIT |
|---|---|---|
| Plaintiffs' Comments on the Remand Determination | September 14, 2022 | 20 Pages |
| Potential *Amicus Curiae* brief from Retail Litigation Center et al. (which previously filed on notice-and-comment issues) | September 14, 2022 | 10 Pages |
| Defendants' Response to Comments on the Remand Determination | October 14, 2022 | 20 Pages |
| Plaintiffs' Reply | November 4, 2022 | 10 pages |

**ORDERED** that the Court will schedule oral argument at a later date in consultation with the parties.

2

Dated: _____
      New York, NY

_____
Mark A. Barnett, Chief Judge


_____
Claire R. Kelly, Judge


_____
Jennifer Choe-Groves, Judge

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE MARK A. BARNETT, CHIEF JUDGE
THE HONORABLE CLAIRE R. KELLY, JUDGE
THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | | |
|---|---|---|
| *In Re* Section 301 Cases | : : : : : | Court No. 21-00052 |

## DEFENDANTS' PROPOSED ORDER

Upon consideration of the parties' joint status report and proposed schedule, as well as all other papers filed in this litigation, it is hereby

**ORDERED** that the parties shall adhere to the following deadlines for further disposition of this litigation:

| FILING | DUE DATE | PAGE LIMIT |
|---|---|---|
| Plaintiffs' Comments on the Remand Determination | September 14, 2022 | 20 Pages |
| Potential *Amicus Curiae* brief from Retail Litigation Center et al. (which previously filed on notice-and-comment issues) | September 14, 2022 | 10 Pages |
| Defendants' Response to Comments on the Remand Determination | November 14, 2022 | 20 Pages plus the number of pages of the briefs filed by the *Amicus Curiae* |

Dated: _____
        New York, NY

_____
Mark A. Barnett, Chief Judge

_____
Claire R. Kelly, Judge

_____
Jennifer Choe-Groves, Judge