UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE
THE HONORABLE CLAIRE R. KELLY, JUDGE
THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | : | |
| --- | --- | --- |
| *In Re* Section 301 Cases | : | Court No. 21-00052 |
| | : | |

## SCHEDULING ORDER

Upon consideration of the Parties' joint status report and proposed schedules, as well as all other papers filed in this litigation, it is hereby

**ORDERED** that the Parties shall adhere to the following deadlines for further disposition of this litigation:

| FILING | DUE DATE | PAGE LIMIT |
| --- | --- | --- |
| Plaintiffs' Comments on the Remand Determination | September 14, 2022 | 20 Pages |
| Potential *Amicus Curiae* brief from Retail Litigation Center et al. (which previously filed on notice-and-comment issues) | September 14, 2022 | 10 Pages |
| Defendants' Response to Comments on the Remand Determination | October 28, 2022 | 25 Pages |
| Plaintiffs' Reply | November 14, 2022 | 10 pages |

In the event that Defendants require excess pages, the court will consider an appropriate motion. The court will determine if oral argument is necessary upon completion of the Parties' briefing.

Dated: August 15, 2022
New York, NY

/s/ Mark A. Barnett
Mark A. Barnett, Chief Judge

/s/ Claire R. Kelly
Claire R. Kelly, Judge

/s/ Jennifer Choe-Groves
Jennifer Choe-Groves, Judge