THE COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| IN RE SECTION 301 CASES | Before: Hon. Mark A. Barnett,<br>Hon. Claire R. Kelly, and<br>Hon. Jennifer Choe-Groves, Judges<br>Court No. 21-00052-3JP |

**MOTION FOR LEAVE TO FILE BRIEF OF PROPOSED**
***AMICI CURIAE* VERIFONE, DRONE NERDS, AND SPECIALIZED**
**IN SUPPORT OF PLAINTIFFS' COMMENTS ON THE REMAND DETERMINATION**

Proposed *amici curiae*, VeriFone, Inc. ("Verifone"), Drone Nerds, Inc. ("Drone Nerds"), and Specialize Bicycle Components, Inc. ("Specialized") by counsel, and under Rule 7 of the U.S. Court of International Trade, file this Motion for Leave to File Brief of *Amici Curiae* in Support of Plaintiffs' Comments on the Remand Determination.

In the Court's August 15, 2022 scheduling order, it allowed for "potential" *amici curiae* briefs from interested parties. Verifone, Drone Nerds, and Specialized are interested parties as they are individual claimants in the *In re Section 301 Cases* and do business in and with China. *See* Court No. 1:20-cv-00630 (VeriFone); Court No. 1:20-cv-00919 (Drone Nerds); Court No. 1:21-cv-00051 (Specialized).

Proposed *amici* sought consent from counsel for lead Plaintiffs HMTX and Jasco, and the Government. Lead Plaintiffs advise that they take no position. The Government requested that proposed *amici* insert the following text: "[t]he Government does not consent to the motion for leave to file an amicus brief because it is inconsistent with the Court's scheduling order but the Government does not intend to file a response in opposition to that motion."

Verifone, Drone Nerds, and Specialized move for leave to file this *amici* brief in support of Plaintiffs' Comments on the Remand Determination because it provides further evidence of Defendants' violation of the Administrative Procedure Act ("APA"). Specifically, in reviewing

the proposed lists of entries, Defendants properly identified certain entries that did not satisfy the criteria for inclusion and removed those entries from the respective lists. Subsequently, and without justification, Defendants added certain of those entries to List 4. In addition, USTR's claims that its exclusion process provides an adequate workaround to allow specific subheadings or products to avoid tariffs is inadequate to cure its APA violations.

Defendants' improper actions are further evidence that the United States Trade Representative finalized Final List 3 and Final List 4 despite the APA notice and comment process, and solely at the direction of the President. Verifone, Drone Nerds, and Specialized have an interest unique from the lead Plaintiffs because one of the movants was impacted by the improper re-inclusion of entries that had been previously, and properly, exempted from inclusion. Further, these issues were not otherwise raised by the parties and thus provide a unique perspective and set of considerations that will assist the Court in its review of the issues presented.

WHEREFORE, proposed *amici curiae* Verifone, Drone Nerds, and Specialized respectfully request that the Court grant its Motion for Leave to File Brief of *Amici Curiae*, which is conditionally filed with this motion.

- 3 -

Dated: September 14, 2022

Respectfully submitted,

VENABLE LLP

/s/ Alexander W. Koff
Alexander W. Koff
Ashleigh J. F. Lynn
705 East Pratt Street, Suite 900
Baltimore, MD 21202
Tel: (410) 244-7400
Fax: (410) 244-7742
akoff@venable.com
ajlynn@venable.com

Nicholas M. DePalma
8010 Towers Crescent Drive, Suite 300
Tysons Corner, VA 22182
Tel: (703) 760-1600
Fax: (703) 821-8949
nmdepalma@venable.com

*Counsel for [Proposed] Amici Curiae VeriFone, Inc., Drone Nerds, Inc., and Specialized Bicycle Components, Inc.*