UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| **IN RE SECTION 301 CASES** | Before: Hon. Mark A. Barnett, Hon. Claire R. Kelly, and Hon. Jennifer Choe-Groves, Judges<br>Court No. 21-00052-3JP |

### [PROPOSED] ORDER

This matter comes before the Court on proposed *amici curiae* VeriFone, Inc. ("Verifone"), Drone Nerds, Inc. ("Drone Nerds"), and Specialized Bicycle Components, Inc.'s ("Specialized") Motion for Leave to File Brief of *Amici Curiae*. Upon consideration of the pleadings, it is hereby

ORDERED that Verifone, Drone Nerds, and Specialized's Motion for Leave to File Brief of *Amici Curiae* is GRANTED. It is further ORDERED that the Brief of *Amici Curiae*, conditionally filed with this motion, shall be entered into the docket.

Entered this ___ day of _____, 2022.

_____
Judge, United States Court of International Trade