THE COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **IN RE SECTION 301 CASES** | Before: Hon. Mark A. Barnett, Hon. Claire R. Kelly, and Hon. Jennifer Choe-Groves, Judges<br>Court No. 21-00052-3JP |

## CERTIFICATE OF COMPLIANCE

I, Alexander W. Koff, an attorney with Venable LLP who is responsible for the *amici* brief conditionally filed at ECF 471-2 and dated September 14, 2022, certify that the brief complies with the page limitation set forth in the Court's August 15, 2022 Scheduling Order as well as the word limit in Chambers Procedure 2(B)(1)(a).

Dated:  September 14, 2022

/s/ Alexander W. Koff
Alexander W. Koff
VENABLE LLP
705 East Pratt Street, Suite 900
Baltimore, MD 21202
Tel: (410) 244-7400
Fax: (410) 244-7742
akoff@venable.com