UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE; CLAIRE R. KELLY, JENNIFER CHOE-GROVES, JUDGES

| | |
|---|---|
| IN RE SECTION 301 CASES | : Court No. 21-00052-3JP |

# **ORDER**

Upon reading defendants' unopposed motion for a seven-day extension of time to file their response to comments on the remand determination, it is hereby

ORDERED that defendants' motion be, and hereby is, granted; and it is

ORDERED that the Court's scheduling order dated August 15, 2022, ECF No. 469, is amended as follows:

| FILING | DUE DATE |
|---|---|
| Defendants' Response to Comments on the Remand Determination | November 4, 2022 |
| Plaintiffs' Reply | December 5, 2022 |

_____
JUDGE

Dated: New York, New York

    This _____ day of _____, 2022

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE; CLAIRE R. KELLY, JENNIFER CHOE-GROVES, JUDGES

|  | : |  |
|---|---|---|
|  | : |  |
| IN RE SECTION 301 CASES | : | Court No. 21-00052-3JP |
|  | : |  |
|  | : |  |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE ITS RESPONSE TO COMMENTS ON THE REMAND DETERMINATION**

Defendants, the United States *et al.*, pursuant to Rules 6(b) and 7 of the United States Court of International Trade, respectfully move this Court for a seven-day extension of time, from October 28, 2022 until November 4, 2022, for defendants to file their response to comments on the remand results. This is our first request for an extension of time for this purpose.

When a motion is made prior to a filing deadline, the Court may, for good cause, extend the time within which a party must act. USCIT Rule 6(b)(1)(A). Good cause requires the moving party to show that the deadline for which an extension is sought cannot reasonably be met despite the movant's diligent efforts to comply with the schedule. *See High Point Design LLC v. Buyers Direct, Inc.*, 730 F.3d 1301, 1319 (Fed. Cir. 2013) (discussing "good cause" in the context of Federal Rule of Civil Procedure 16(b)); *United States v. Horizon Prods. Int'l, Inc.*, 34 F. Supp. 3d 1365, 1367 (2014) (diligence is the "primary consideration" under the general good cause standard applicable to USCIT Rules 6(b) and 16(b)).

Good cause exists for granting our request for a seven-day extension. Although we have been working diligently to complete defendants' response to comments on the

remand determination, we will be unable to file our response by the current October 28, 2022 deadline.  Filing the response to comments on the remand determination on the current deadline presents several logistical challenges for the Government.  The necessary officials at the agencies and the Department of Justice have required additional time to review the brief and comment.  Due to the importance of this case, the Government's response must undergo a heightened level of internal review, and this review process has taken longer than anticipated.  Further, once all comments from the Department of Justice are received, additional coordination and review is required with the agencies before the Government's response can be filed.  Granting the Government this seven-day extension of time will ensure that the Government has sufficient time to complete this review, incorporate the comments received, and confer with the agencies before filing its submission.

Also, beginning on October 27, 2022, Elizabeth Speck, one of the lead counsel for the defendants, will be out of the country for a previously-scheduled vacation.  In addition, this Court's Judicial Conference will be held on October 27, 2022, and other members of the team from the Department of Justice will be attending the conference, which will limit their availability to finalize the brief.  Attending the conference also requires travel for Jamie Shookman, the other lead counsel for the Government.  Further, Ms. Shookman is scheduled to present oral argument before the United States Court of Appeals for the Federal Circuit on November 1, 2022, in *China Custom Manufacturing Inc. v. United States*, Ct. No. 22-1345, which will also require her to travel.  Ms. Shookman is also recovering from an injury that impacted her ability to work on our brief.

In an effort to expeditiously resolve the case, we seek only a week-long extension. However, given the importance of the case and the multiple layers of review, both within the Department and the agencies, along with the fact that one lead attorney will be on leave starting on October 27, and the other lead attorney is recovering from an injury, we may seek additional time.

On October 20 and 21, 2022, Elizabeth Speck and Jamie Shookman, counsel for defendants, conferred with Matt Nicely and Pratik Shah of Akin Gump Strauss Hauer & Feld LLP, counsel for plaintiffs, who informed counsel that, on behalf of their clients, "The Government's 7-day extension, which would push Plaintiffs' reply deadline to November 21, would interfere with Plaintiffs' counsel preexisting international travel and court commitments — and create additional delay. Plaintiffs thus prefer adhering to the current Court-ordered schedule. In order to accommodate the Government, however, Plaintiffs would not oppose a 7-day extension if Plaintiffs' corresponding reply deadline were extended to December 5."

For these reasons, defendants respectfully request that the Court grant our motion for a seven-day extension of time, to and including November 4, 2022, within which to file our comments on the remand determination and issue the attached scheduling order.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

/s/ Patricia M. McCarthy
PATRICIA M. MCCARTHY
Director

/s/ L. Misha Preheim

|  |  |
|---|---|
|  | L. MISHA PREHEIM<br>Assistant Director<br><br>/s/ Justin R. Miller<br>JUSTIN R. MILLER<br>Attorney-In-Charge<br>International Trade Field Office<br><br>/s/ Elizabeth Speck<br>ELIZABETH A. SPECK<br>Senior Trial Counsel |
| OF COUNSEL:<br><br>MEGAN GRIMBALL<br>Associate General Counsel<br>PHILIP BUTLER<br>Associate General Counsel<br>EDWARD MARCUS<br>Assistant General Counsel<br>Office of General Counsel<br>Office of the U.S. Trade Representative<br>600 17th Street N.W.<br>Washington, D.C. 20508 | Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 307-0369<br><br>/s/ Jamie L. Shookman<br>JAMIE L. SHOOKMAN<br>Trial Attorney<br>Department of Justice, Civil Division<br>Commercial Litigation Branch<br>26 Federal Plaza – Suite 346<br>New York, NY 10278<br>Telephone: (212) 264-2107 |
| PAULA SMITH<br>Assistant Chief Counsel<br>EDWARD MAURER<br>Deputy Assistant Chief Counsel<br>VALERIE SORENSEN-CLARK<br>Attorney<br>Office of the Assistant Chief Counsel<br>International Trade Litigation<br>U.S. Customs and Border Protection<br>26 Federal Plaza, Room 258<br>New York, NY 10278<br><br>October 21, 2022 | SOSUN BAE<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br><br>*Attorneys for Defendants* |