UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE; CLAIRE R. KELLY, JENNIFER CHOE-GROVES, JUDGES

|  |  |
|---|---|
| IN RE SECTION 301 CASES | : <br> : <br> : Court No. 21-00052-3JP <br> : <br> : |

**ORDER**

Upon reading defendants' unopposed motion for a seven-day extension of time to file their response to comments on the remand determination, it is hereby

ORDERED that defendants' motion be, and hereby is, granted; and it is

ORDERED that the Court's scheduling order dated August 15, 2022, ECF No. 469, is amended as follows:

| FILING | DUE DATE |
|---|---|
| Defendants' Response to Comments on the Remand Determination | November 4, 2022 |
| Plaintiffs' Reply | December 5, 2022 |

/S/      Mark A. Barnett for the Panel
                                    JUDGE

Dated: New York, New York

This  24th  day of October, 2022