## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

|   |   |   |
|---|---|---|
| *In Re* Section 301 Cases | ) ) ) | Court No.: 21-cv-00052-3JP |

## NOTICE OF WITHDRAWAL OF ATTORNEY

Pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned hereby gives notice that Emily K. Mikes is no longer affiliated with Flannery | Georgalis LLC, counsel for the plaintiffs identified on the attached Schedule. Ms. Mikes should be removed as an attorney of record in the above-captioned matter. Flannery | Georgalis LLC remains counsel to plaintiffs on the Schedule and Jon P. Yormick remains lead counsel.

Dated: November 11, 2022

/s/ *Jon P. Yormick*
Jon P. Yormick
FLANNERY | GEORGALIS, LLC
1375 E. 9th St., 30th Floor
Cleveland, OH 44114
T: 216.928.3474
M: 216.269.5138
E: jyormick@flannerygeorgalis.com

## Schedule to Notice of Withdrawal

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 1:20-cv-02689-3JP | Umbra, LLC v. United States et al. | Umbra, LLC |
| 1:20-cv-02742-3JP | Berk Enterprises, Inc. | Berk Enterprises, Inc. |
| 1:20-cv-02764-3JP | Buyers Products Company | Buyers Products Company |
| 1:20-cv-02882-3JP | Ox Tools USA, LLC | Ox Tools USA, LLC |
| 1:20-cv-02978-3JP | Sanhua International, Inc. | Sanhua International, Inc. |
| 1:20-cv-03000-3JP | Control Group Companies, LLC | Control Group Companies, LLC |
| 1:20-cv-03032-3JP | Dexter Axle Company, et. al. | Dexter Axle Company and Quality Century Holdings Corp. |
| 1:20-cv-03077-3JP | Merit Brass Company | Merit Brass Company |
| 1:20-cv-03126-3JP | Keowee Trading Company, LLC | Keowee Trading Company, LLC |
| 1:20-cv-03182-3JP | Comtrad Strategic Sourcing, Inc. | Comtrad Strategic Sourcing, Inc. |
| 1:20-cv-03232-3JP | Enerco Group, Inc. | Enerco Group, Inc. |
| 1:20-cv-03252-3JP | Spectrum Diversified Designs LLC | Spectrum Diversified Designs LLC |
| 1:20-cv-03276-3JP | Bendix Commercial Vehicle Systems, LLC, et. al. | Bendix Commercial Vehicle Systems, LLC, Bendix Spicer Foundation Brake LLC, and R.H. Sheppard Co., Inc. |
| 1:20-cv-03306-3JP | Interdesign, Inc. | Interdesign, Inc. |
| 1:20-cv-03342-3JP | Seglian Manufacturing Group, Inc. vs. United States of America, et al. | Seglian Manufacturing Group, Inc. |
| 1:20-cv-03438-3JP | Mol Belting Systems, Inc., et al vs. United States of America, et al. | Mol Belting Systems, Inc., Microroller Distribution LLC, and Yongli America LLC |

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 1:20-cv-03449-3JP | DCM Manufacturing, Inc. vs. United States of America et al. | DCM Manufacturing, Inc. |
| 1:20-cv-03459-3JP | Furniture Atelier, Inc. vs. United States of America et al. | Furniture Atelier, Inc. |
| 1:20-cv-03467-3JP | Columbiana Boiler Company, LLC vs. United States of America et al. | Columbiana Boiler Company, LLC |
| 1:20-cv-03475-3JP | Joyfay International, LLC vs. United States of America et al. | Joyfay International, LLC |
| 1:20-cv-03501-3JP | Kehoe Component Sales, Inc. vs. United States of America et al. | Kehoe Component Sales, Inc. |
| 1:20-cv-03543-3JP | Arhaus Furniture, LLC vs. United States of America et al. | Arhaus Furniture, LLC |
| 1:20-cv-03546-3JP | 1461043 Ontario Limited dba Nuvo Iron vs. United States of America et. al | 1461043 Ontario Limited dba Nuvo Iron |
| 1:20-cv-03663-3JP | InStore Products USA, Inc, et al. vs. United States of America et al. | InStore Products USA, Inc. and Total Cart Management USA Inc. |
| 1:20-cv-03718-3JP | Murphy's Naturals, Inc. vs. United States et al. | Murphy's Naturals, Inc. |
| 1:20-cv-03820-3JP | R-Squared Puckett, Inc., et al. vs. United States et al. | R-Squared Puckett, Inc. and Sanhua Hangzhou Micro Channel Heat Exchanger Co. Ltd. |
| 1:20-cv-03926-3JP | Winncom Technologies Corp. vs. United States of America et al. | Winncom Technologies Corp. |