# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: The Honorable Mark A. Barnett,
The Honorable Claire R. Kelly,
The Honorable Jennifer Choe-Groves

| | |
|---|---|
| IN RE SECTION 301 CASES | Court No. 21-00052-3JP |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade and Standard Procedure Order 21-01, CIT Ct. No. 21-cv-00052-3JP (Feb 10, 2021) the undersigned appears as attorney for Plaintiff, Meteor A Division of M Group Inc., in Court No. 22-00340, inasmuch as they form part of the Section 301 Cases, as defined in the Court's Standard Procedure (ECF 1), dated February 10, 2021, and requests that all papers be served on him at the address shown below.

Dated: December 15, 2022

/s/ George R. Tuttle, III
George R. Tuttle, III

Law Offices of George R. Tuttle,
A Professional Corporation
3950 Civic Center Drive, Suite 310
San Rafael, CA 94903
Main Telephone: (415) 986-8780
Email: geo@tuttlelaw.com
Attorneys for
Meteor A Division of M Group Inc.

{0188030.DOCX;1}