## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE MARK A. BARNETT, CHIEF JUDGE
THE HONORABLE CLAIRE R. KELLY, JUDGE
THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

_____

| | |
|---|---|
| HMTX INDUSTRIES LLC, HALSTEAD NEW ENGLAND CORPORATION, METROFLOR CORPORATION, and JASCO PRODUCTS COMPANY LLC, Plaintiffs, v. UNITED STATES OF AMERICA; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; KATHERINE C. TAI, U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION; TROY A. MILLER, SENIOR OFFICIAL PERFORMING THE DUTIES OF THE COMMISSIONER OF U.S. CUSTOMS & BORDER PROTECTION, Defendants. | Court No. 20-00177 |
| *In Re* Section 301 Cases | Court No. 21-00052 |

## **PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs HMTX Industries LLC, Halstead New England Corporation, Metroflor Corporation, and Jasco Products Company LLC hereby appeal to the U.S. Court of Appeals for the Federal Circuit from the final judgment entered in Court No. 20-00177 on March 17, 2023, *see* Judgment, Court No. 20-00177, Dkt. No. 50 (Mar. 17, 2023); the orders accompanying the final judgment entered in Court No. 20-00177, *see* Slip Op. 22-32 (Court No.

20-00177, Dkt. No. 48 (Apr. 1, 2022) & Court No. 21-00052, Dkt. No. 448 (Apr. 1, 2022)), Slip Op. 23-35 (Court No. 20-00177, Dkt. No. 49 (Mar. 17, 2023) & Court No. 21-00052, Dkt. No. 493 (Mar. 17, 2023)); and all other opinions and orders underlying the final judgment entered in Court No. 20-00177.

Respectfully submitted,

/s/ Matthew R. Nicely
Matthew R. Nicely
Pratik A. Shah
James E. Tysse
Devin S. Sikes
Daniel M. Witkowski
Sarah B. W. Kirwin

Dated: May 12, 2023

AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, NW
Washington, D.C. 20006
202.887.4046
mnicely@akingup.com

*Counsel to Plaintiffs HMTX Industries LLC, Halstead New England Corporation, Metroflor Corporation, and Jasco Products Company LLC*