## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE MARK A. BARNETT, CHIEF JUDGE
          THE HONORABLE CLAIRE R. KELLY, JUDGE
          THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| *In Re* Section 301 Cases | Court No. 21-cv-00052 (and Attached Schedule) |

## NOTICE OF WITHDRAWAL OF ATTORNEY

**PLEASE TAKE NOTICE**, that pursuant to U.S. Court of International Trade Rule 75, we respectfully notice the withdrawal of J. Manly Parks as counsel for plaintiffs in this action and in those actions listed on the annexed schedule.

Duane Morris LLP remains as counsel to the plaintiffs in these cases. Geoffrey M. Goodale, the undersigned counsel, continues as lead attorney in these proceedings.

Date: June 4, 2024

/s/ Geoffrey M. Goodale
Geoffrey M. Goodale
DUANE MORRIS LLP
901 New York Ave., N.W. – Suite 700 East
Washington, DC 20001
Tel: 202-776-5211
gmgoodale@duanemorris.com

## SCHEDULE OF CASES

| Court No. | Case Name | Plaintiff Represented |
|---|---|---|
| 1:20-cv-03175 | *Schroeder Industries LLC v. United States, et al.* | Schroeder Industries LLC |
| 1:20-cv-03381 | *HYDAC Technology Corp. v. United States, et al.* | HYDAC Technology Corp. |
| 1:20-cv-03419 | *Sediver USA, Inc. v. United States, et al.* | Sediver USA, Inc. |
| 1:20-cv-03442 | *Grandview Gallery, LLC v. United States, et al.* | Grandview Gallery, LLC |
| 1:20-cv-03458 | *Taoglas USA, Inc. v. United States, et al.* | Taoglas USA, Inc. |
| 1:20-cv-03484 | *MBI, Inc. v. United States, et al.* | MBI, Inc. |
| 1:21-cv-00488 | *JCM American Corp. v. United States, et al.* | JCM American Corp. |
| 1:22-cv-00227 | *Coyote Outdoor Living, Inc. v. United States, et al.* | Coyote Outdoor Living, Inc. |