FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**   FORM 11

Penn Engineering & Manufacturing Corp.,et al.,

                              **Plaintiff,**

    v.

United States of America, et al.,

                              **Defendant.**

Court No.:   20-1138

and Attached Schedule 

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff, all plaintiffs _____, in this action

☒ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Peter Breslauer _____.

Date: 9/16/2024 _____

/s/ Brett M. Waldron
_____
Attorney

Montgomery McCracken Walker & Rhoads LLP
_____
Firm

1735 Market Street, 20th Fl
_____
Street Address

Philadelphia, PA 19103
_____
City, State and Zip Code

215-772-7536
_____
Telephone Number

bwaldron@mmwr.com
_____
E-mail Address

FORM 11-2

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 20-1138 | Penn Engineering & Manufacturing Corp. et al v. United States et al | Penn Engineering & Manufacturing Corp., Heyco Products Corp., Haeger, Incorporated |
| 21-52-3JP | In Re Section 301 Cases | Same as above |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015.)