## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BURNETT, CHIEF JUDGE
THE HONORABLE CLAIRE R. KELLY, JUDGE
THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| *In Re Section 301 Cases* | Court No. 21-0052 |

## NOTICE OF WITHDRAWAL OF ATTORNEY

Pursuant to Rule 75 of the Rules of the United States Court of International Trade, I respectfully notice my withdrawal as counsel for plaintiff Base4 Ventures, LLC in the above-cited actions. Plaintiff will remain represented by Molly DiRago of Troutman Pepper Hamilton Sanders LLP.

Date: December 13, 2024

*s/    Brian P. Downey*
Brian P. Downey (PA 59891)
TROUTMAN PEPPER
HAMILTON SANDERS LLP
Suite 200, 100 Market Street
P.O. Box 1181
Harrisburg, PA 17108-1181
Phone:    717.255.1155
Fax:    717.238.0575
Email:    brian.downey@troutman.com

*Attorneys for Base4 Ventures, LLC*

## **CERTIFICATE OF SERVICE**

        I hereby certify that on December 13, 2024, a true and correct copy of the foregoing was served electronically via ECF on counsel of record for all parties.

Dated:  December 13, 2024          */s/ Brian P. Downey*
                                                     Brian P. Downey