IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:    THE HONORABLE MARK A. BARNETT, CHIEF JUDGE
           THE HONORABLE CLAIRE R. KELLY, JUDGE
           THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

_____
                                        )
In Re 301 Cases                         )        No. 21-00052
                                        )
_____ )

**NOTICE OF STIPULATION**

Pursuant to the Court's Order dated July 6, 2026, defendant provides this notice that it stipulates to the dismissal of any Section 301 Case in which a status report has not been filed by a plaintiff.  In its July 6, 2026 order, the Court stated its intention to "dismiss any Section 301 Case that is not identified for further litigation."  This notice confirms that defendant stipulates to the dismissal of any Section 301 case that is not identified for further litigation by the filing of a status report, with each party to bear its own costs and fees.

                                Respectfully submitted,

                                BRETT A. SHUMATE
                                Assistant Attorney General

                                PATRICIA M. McCARTHY
                                Director


                                /s Justin. R. Miller, by s/ Claudia Burke
                                JUSTIN R. MILLER
                                Attorney-In-Charge
                                SOSUN BAE
                                Senior Trial Counsel
                                International Trade Field Office
                                U.S. Department of Justice, Civil Division
                                Commercial Litigation Branch
                                26 Federal Plaza, Room 346
                                New York, New York 10278

July 21, 2026                   *Attorneys for Defendant*